UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-00044-SHK | Date: | June 05, 2025 |
| Title: | *Dennis Cooper v. 760 Barbers LLC, et al.* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):  ORDER TO SHOW CAUSE RE: FILING OF PROOF OF SERVICE**

    This case was randomly assigned to the above listed United States Magistrate Judge under the Direct Assignment of Civil Cases to Magistrate Judges Program in accordance with General Order 24-05 ("General Order").  Pursuant to the General Order, the initiating party must serve the Notice and Declination of Consent Form ("Form") on each newly served party or party added to the case (e.g., intervention) at the time of service of the summons and complaint or other initiating document (e.g., Notice of Removal).  See, General Order 24-05.

    On January 8, 2025, Plaintiff Dennis Cooper ("Plaintiff") filed a Complaint ("Complaint" or "Compl.") against Defendants 760 Barbers LLC ("760") and Evergreen Mono LLC ("Evergreen" and, collectively with 760, "Defendants") in this Court.  Electronic Case Filing Number ("ECF No.") 1, Compl.  On January 8, 2025, the Clerk of Court issued the 21-day summons ("Summons") for service of the Summons and Complaint on Defendants.  ECF No. 6.  Plaintiff's proof of service ("POS") was due on or before April 8, 2025.  On February 24, 2025, Plaintiff filed a POS as to Defendant 760.  ECF No. 7, POS.  However, as of the date of this Order, Plaintiff has not filed a POS as to Defendant Evergreen.

    Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** by **June 12, 2025,** why this case should not be dismissed for failure to prosecute.  Plaintiff may discharge this Order by filing a POS as to Defendant Evergreen by the date listed above.  **Plaintiff is warned that failure to timely satisfy this OSC will result in the case being dismissed for failure to prosecute and follow Court orders.**

    IT IS SO ORDERED.