UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:25-cv-00044-SHK | Date | June 23, 2025 |
|---|---|---|---|
| Title | *Dennis Cooper v. 760 Barbers LLC, et. al.* | | |

Present: The Honorable    Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):    ORDER TO SHOW CAUSE**

On January 8, 2025, Plaintiff Dennis Cooper ("Plaintiff") filed a Complaint ("Complaint" or "Compl.") in this Federal Court.  Electronic Case Filing Number ("ECF No.") 1, Compl.  On June 6, 2025, Plaintiff filed a Proof of Service of Summons of Complaint ("Proof of Service" or "POS"), indicating that Plaintiff served the summons, Complaint and Notice of Assignment on Defendant Evergreen Mono LLC ("Defendant Evergreen") was served on May 25, 2025. ECF No. 11, POS.

Generally, defendants must answer or otherwise respond to a complaint within twenty-one days after being served with the summons and Complaint.  Fed. R. Civ. P. 12(a)(1)(A)(i).  Here, because service was effectuated on Defendant Evergreen on May 25, 2025, Defendant Evergreen's answer was due twenty-one days later.  As of the date of this Order, Defendant Evergreen has not filed an answer or otherwise responded to the Complaint and Plaintiff has not requested that default be entered against Defendant Evergreen as authorized under Federal Rule of Civil Procedure ("Rule") 55.  As such, this litigation is stalled.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE in writing by **June 30, 2025,** why this action should not be dismissed for failure to prosecute.  Plaintiff can satisfy this order by requesting that default be entered against Defendant Evergreen pursuant to Rule 55 by the date stated above.

Plaintiff is warned that failure to timely respond to this OSC in the manner stated above **may result in the dismissal of this action** for failure to prosecute and follow Court orders.

**IT IS SO ORDERED.**