UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:25-cv-00044-SSC                               Date: August 26, 2025

Title   Dennis Cooper v. 760 Barbers LLC, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Motion for Default Judgment (ECF 17) Should Not Be Denied as to Defendant 760 Barbers LLC**

On August 18, 2025, Plaintiff moved for default judgment against Defendants 760 Barbers LLC and Evergreen Mono LLC (collectively, Defendants).  (ECF 17.)

The complaint alleges, "Defendants are, or were at the time of the incident, the real property owners, business operators, lessors and/or lessees of the real property for a barber shop ('Business') located at or about 16211 Main St., Hesperia, California." (ECF 1 at 2.)  In the motion, Counsel further represents that his office:

> conducted a public records search in order to ascertain the owners and operators of the facility that is the subject of this litigation.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:25-cv-00044-SSC                                Date: August 26, 2025

Title   Dennis Cooper v. 760 Barbers LLC, et al.

> Based on this search and the records located, our office determined, to the best of our knowledge, that Defendant 760 BARBERS LLC owns and operates the Business[.]

(ECF 17-2 at 2.)

Counsel submits no documents or other evidence supporting this statement, does not describe who conducted the "public records search," what public records were searched and found, such that Counsel determined that Defendant "owns and operates the [Business]." *See Lee v. Woo*, No. 8:25-cv-00559-FWS-DFM, 2025 WL 2093428, at *2 (C.D. Cal. July 11, 2025); *Choi v. Liu*, No. CV 20-7646-MWF (JPRx), 2021 WL 4812992, at *4 (C.D. Cal. Mar. 8, 2021)

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **September 3, 2025**, why the motion for default judgment (ECF 17) should not be denied as to Defendant 760 Barbers LLC.

The Court also VACATES the hearing on the motion for default judgment set for September 16, 2025. A default judgment may be entered without a hearing if the amount claimed is "capable of mathematical calculation." *Davis v. Fendler*, 650 F.2d 1154, 1161 (9th Cir. 1981) (citation omitted). The Court finds that the amount claimed in this matter is capable of mathematical calculation.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ts |